IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMMY D. BELL, #168174, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv981-T |
| | ) |
| CAPT. BARRETT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On December 6, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice.

Done this the 3rd day of January, 2006.

                                          /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE